# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

131647

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 131647
COA: 269436
Wayne CC: 00-011620-01

TERRANCE L. RAINES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

d1120